FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0702

IN THE MATTER OF

B.J.B. and P.E.W.,

Youth in Need of Care

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, K.M.B, is granted an extension of time until March 5, 2025, to prepare, serve, and file the Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 22 2025